**Thecia BROWN, Appellant,**

v.

**The CITY OF OKLAHOMA CITY, Oklahoma, and its Servants, Agents and Employees, Including, but not Limited to, Officer W. Citty, and W. Citty and Others, Individually.**

**No. 61122.**

Supreme Court of Oklahoma.

June 10, 1986.

### ORDER

Certiorari granted for the limited purpose of striking from the majority opinion, 721 P.2d 1346, the last paragraph in part III thereof. The case is remanded to the District Court for trial by jury on its merits. In all other respects petition for certiorari is denied.

SIMMS, C.J., DOOLIN, V.C.J., and HARGRAVE, OPALA, WILSON, KAUGER and SUMMERS, JJ., concur.

HODGES and LAVENDER, JJ., dissent and would grant certiorari to review the Court of Appeals opinion in its entirety.